```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    PINE BLUFF DIVISION
```

SHEN LEE                                              Plaintiff

v.                          5:05CV00092 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                              Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of July 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE